**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Integrated Endoscopy, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **33-0702611** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **16 Technology Dr.**<br>**Suite 165**<br>**Irvine, CA 92618**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.iescope.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Integrated Endoscopy, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Integrated Endoscopy, Inc.**                                    Case number (*if known*) _____
　　　　　Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

      **Why does the property need immediate attention?** (*Check all that apply.*)

      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

      ☐ It needs to be physically secured or protected from the weather.

      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ☐ Other _____

      **Where is the property?** _____

                       Number, Street, City, State & ZIP Code

      **Is the property insured?**

      ☐ No

      ☐ Yes.   Insurance agency _____

               Contact name _____

               Phone _____

---

███   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Integrated Endoscopy, Inc.**                          Case number (*if known*) _____
         Name

▮    **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/31/2025
             MM / DD / YYYY

X _____          **David Chou**
    Signature of authorized representative of debtor    Printed name

Title   **CEO & President**

---

18. **Signature of attorney**   X _____          Date  7/31/25
                                   Signature of attorney for debtor                  MM / DD / YYYY

**Vanessa M. Haberbush 287044**
Printed name

**Haberbush, LLP**
Firm name

**444 West Ocean Boulevard
Suite 1400
Long Beach, CA 90802**
Number, Street, City, State & ZIP Code

Contact phone   **(562) 435-3456**        Email address _____

**287044 CA**
Bar number and State

## RESOLUTION OF THE DIRECTORS
## AUTHORIZING CHAPTER 11 BANKRUPTCY FILING
## AND RETENTION OF THE COUNSEL

On July 17, 2025, a meeting of the directors of Integrated Endoscopy, Inc. (the "Corporation") was convened at 1:00 p.m. All directors were present and with notice of a meeting having been waived and it being determined that due to the financial circumstances of the Corporation, it was unanimously:

**RESOLVED** that the Corporation be authorized to file a petition seeking relief under Chapter 11 of Title 11 of the *United States Code* and that any and all of the following directors: David Chou, be authorized to execute such documents as are necessary and appropriate to make such filing and to proceed with the Chapter 11 bankruptcy case.

**IT WAS FURTHER RESOLVED** that the Corporation is hereby authorized to employ HABERBUSH, LLP as its general bankruptcy counsel in the Chapter 11 bankruptcy case.

Dated: July 31, 2025          By: _____
                              David Chou, Director and CEO of Integrated
                              Endoscopy, Inc.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Integrated Endoscopy, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                                    12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AA Advantage PO Box 9001037 Louisville, KY 40290** | | **Credit Card** | | | | **$30,361.66** |
| **Albert Rego Phd, Inc. 25401 Cabot Road Suite 122 Laguna Hills, CA 92653** | **albert@rego.com 949-632-8126** | **Consultant Fees** | | | | **$52,740.00** |
| **Arcis Capital 54 W. 40th Street New York, NY 10018** | **afzal@arciscap.com** | **Investor loan** | | | | **$6,250.00** |
| **BSI Group America Inc Dept CH 19307 Palatine, IL 60055** | **billing.msamericas @bsigroup.com 703-437-9000** | **Vendor** | | | | **$6,505.00** |
| **Capital Premium Financing, LLC 12235 S 800 E Draper, UT 84020** | | **Insurance** | | | | **$18,891.07** |
| **Cogneesol, Inc. 30 Wall Street, 8th Floor New York, NY 10005** | | **Vendor** | | | | **$6,900.00** |
| **Convergent Clinical Inc. (Al Memmolo) 6648 Surf Crest Street Carlsbad, CA 92011** | **almemmolo@gmail .com** | **Vendor** | | | | **$8,375.00** |
| **DCGI Indical G1/A, Vile Parlle Siddivinayak SRA, Shradhananad Road,Vile Parae 400057** | | **Vendor** | | | | **$9,440.00** |

Debtor  **Integrated Endoscopy, Inc.**                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Delonix Technologies Inc. 1038 Leigh Ave Suite 101 B San Jose, CA 95126** | **accts@delonixt.com 408-455-2018** | **Vendor** | | | | $39,446.00 |
| **Dispatch Tech 4161 Home Ave San Diego, CA 92105** | **aaron@dispatchtech.com 858-344-3988** | | | | | $6,080.00 |
| **FRII SA 5, Boulevard Royal L-2449 Luxembourg** | **info@friimedical.com** | **Vendor** | | | | $44,375.00 |
| **Indical Indical Medsurg PVT., LTD ,G1/A Vile Parlle Siddivinayak SRA Shradhananad Road,Vile Parae 400057** | **steph@inidcalmed.com** | **Vendor** | | | | $8,160.00 |
| **Integrated Endoscopy (Fujian) Co., U601, Bldg 10A, Poly Comm Industria No.20 Zhihui Av Minhou 350111,China** | | **Investor loan** | | | | $43,125.56 |
| **Irvine Company 111 Innovation Drive Irvine, CA 92617** | | **Past due rent** | | | | $18,587.68 |
| **Jerin Raj Umm Hurair Building, Al Doha Street BurDubai, P.O Box No. 3162 Dubai , UAE** | | **Consulting Fees (Logistics)** | | | | $6,050.00 |
| **Jorge Serna 583 Yorkshire Street Costa Mesa, CA 92627** | | **Consultant Fees** | | | | $113,211.00 |
| **Karla Martinez Rojas M.S. Biomedical Quality Systems 1718 N. Oak Knoll Drive # C Anaheim, CA 92807** | **kgmartinez@gmail.com** | **Consultant Fees** | **Disputed** | | | $3,600.00 |

Debtor    **Integrated Endoscopy, Inc.**                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nissha Medical Technologies 1735 Merchants Ct. Colorado Springs, CO 80916** | **receivables@namsa.com 310-560-0017** | **Vendor** | | | | **$12,503.80** |
| **Omni Logistics, LLC. 3200 Olympus Blvd. Suite 300 Coppell, TX 75019** | **mkubra@omnilogistics.com 866-548-0208** | **Vendor** | | | | **$112,180.19** |
| **Reed Smith LLP Creed Maching 411 W North St Orleans, NE 68966** | **kyle.freeland@creedmachining.com 308-473-7000** | **Attorney's fees and expenses** | | | | **$62,900.00** |

Integrated Endoscopy, Inc.
16 Technology Dr.
Suite 165
Irvine, CA 92618


Vanessa M. Haberbush
Haberbush, LLP
444 West Ocean Boulevard
Suite 1400
Long Beach, CA 90802


AA Advantage
PO Box 9001037
Louisville, KY 40290


Abhishek Consultancy fees
C/O: Abhishek S Padmanabhan
F004, Devashri Greens
Porvorim ,Goa 403501


Albert Rego Phd, Inc.
25401 Cabot Road
Suite 122
Laguna Hills, CA 92653


Andrew Sharp
8 Japonica
Irvine, CA 92618


Arcis Capital
54 W. 40th Street
New York, NY 10018


Arent Fox Schiff LLP
Attn: Jeffrey Gleit
1301 Avenue of the Americas
42 Floor
New York, NY 10019

Bill Bigham
3900 The Strand #2
Manhattan Beach, CA 90266


Blue Shield of California
PO Box 629032
El Dorado Hills, CA 95762


Brad Sharp
8 Japonica
Irvine, CA 92618


Brex
115 Sansome St Ste 1200
San Francisco, CA 94104


BSI Group America Inc
Dept CH 19307
Palatine, IL 60055


C-Cubed Investors IE, LP
13217 Jamboree Rd.
Suite 538
Tustin, CA 92782


California Department of Tax and
Fee Administration
12750 Venter Dr S #400
Cerritos, CA 90703


Capital Premium Financing, LLC
12235 S 800 E
Draper, UT 84020

Charles Kendall Freight
100 North Central Ave.
Suite 200
Rockville Centre, NY 11570


Cogency Global, Inc.
1325 J. Street
Suite 1550
Sacramento, CA 95814


Cogneesol, Inc.
30 Wall Street, 8th Floor
New York, NY 10005


Convergent Clinical Inc.
(Al Memmolo)
6648 Surf Crest Street
Carlsbad, CA 92011


CPA Global Ltd.
2318 Mill Rd
12th Floor
Alexandria, VA 22314


David  Mills
10361 Equestrian Drive
Santa Ana, CA 92705


David Chou
13217 Jamboree Rd.
Suite 538
Tustin, CA 92782


David Mills
10361 Equestrian Drive
Santa Ana, CA 92705

DCGI
Indical
G1/A, Vile Parlle Siddivinayak SRA,
Shradhananad Road,Vile Parae 400057


Delonix Technologies Inc.
1038 Leigh Ave
Suite 101 B
San Jose, CA 95126


Dispatch Tech
4161 Home Ave
San Diego, CA 92105


Employment Development Department
PO Box 989151
West Sacramento, CA 95798


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


FRII SA
5, Boulevard Royal
L-2449
Luxembourg


Gary Crane
921 Aleppo St.
Newport Beach, CA 92660


Indical
Indical Medsurg PVT., LTD ,G1/A
Vile Parlle Siddivinayak SRA
Shradhananad Road,Vile Parae 400057

Innomed (Wuxi)Medical Device Co. LT
Room 201
1719-11 Huishan Avenue,Huishan Econ
WUXI Jiangsu China


Integrated Endoscopy (Fujian) Co.,
U601, Bldg 10A, Poly Comm Industria
No.20 Zhihui Av
Minhou 350111,China


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Irvine Company
111 Innovation Drive
Irvine, CA 92617


Jerin Raj
Umm Hurair Building, Al Doha Street
BurDubai, P.O Box No. 3162
Dubai , UAE


John Edler
23586 El Rio
Aliso Viejo, CA 92656


Jorge Serna
583 Yorkshire Street
Costa Mesa, CA 92627


Karla Martinez Rojas
M.S. Biomedical Quality Systems
1718 N. Oak Knoll Drive # C
Anaheim, CA 92807

Knobbe, Martens, Olson & Beat LL
2040 Main Street
14th Floor,
Irvine, CA 92614


Laxmi Khanolkar
1201 Indra Darshan Phase II
Lokhandwal Complex,Andheri West Mum
Mumbai 400058 India


Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116


Louis Luk
8A Skyscraper
132 Tin Hau Temple Rd.
North Point, Hong Kong


Manisha Jadhav
C-2001, Venkatesh Skydale
Near Rajaram Bridge, Hingne khurd
Pune 411051, MH, India


NAMSA Medical Research
9 Morgan
Irvine, CA 92618


Neal Defibaugh
4 Hathaway Road South
Mobile, AL 36608


Nissha Medical Technologies
1735 Merchants Ct.
Colorado Springs, CO 80916

Omni Logistics, LLC.
3200 Olympus Blvd.
Suite 300
Coppell, TX 75019


Quartus Capital Partners
54 West 40th Street
New York, NY 10018


Reed Smith LLP
Creed Maching
411 W North St
Orleans, NE 68966


Research Corporation Technologies
6440 N. Swan Drive
Suite 200
Tucson, AZ 85718


Rob Cripe
1542 La Loma Dr. North
Santa Ana, CA 92705


Siddarth Desai
25431 Pacific Hills Dr
Mission Viejo, CA 92692


Technology Dimensions Inc.
Benchmark Electronics
Brian Peterson
3535 Technology Drive NW
Rochester, MN 55901


Tom Afzal
332 C Avenue
Coronado, CA 92118

Unlimited Services Building Maintea
3914 Murphy Canyon Road
 #A243
San Diego, CA 92123


Wells Fargo
20 Montgomery Street
San Francisco, CA 94104


Westpak, Inc.
10326 Roselle Street
San Diego, CA 92121